UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In Re

Bruce J. Paswall

Grant Paswell and Reid Paswall,

                Appellants,

-v-

Mark S. Tulis

                Appellee.

Case No. 20-cv-05624 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

Please take notice that the above captioned action has been scheduled for oral argument on the Appellants' appeal from the Order and Judgment of the Hon. Robert D. Drain entered on June 29, 2020 before the Honorable Kenneth M. Karas, United States District Judge, on Tuesday, August 3, 2021 at 12:00 p.m.

NOTICE OF TELECONFERENCE INFORMATION: Counsel shall call the following number at the designated time:

Meeting Dial-In Number (USA toll-free): (888) 363-4749   Access Code: 7702195
Please enter the conference as a guest by pressing the pound sign (#).

Dated: July 22, 2021
      White Plains, New York

So Ordered

Kenneth M. Karas, U.S.D.J