UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

BRUCE J. PASWALL,

                Debtor.

---

GRANT PASWALL and REID PASWALL,

                Appellants,

v.

MARK S. TULIS, as Chapter 7
Trustee of the Estate of Bruce J. Paswall,

                Appellee.

20-CV-5624 (KMK)

ORDER

KENNETH M. KARAS, United States District Judge:

      For the reasons stated on the record at the Oral Argument on August 3, 2021, the Court denied Appellants' appeal and lifted the stay as to the sale of the real property located at 13 Logging Road, Katonah, New York. The Clerk of Court is respectfully directed to terminate the pending appeal and close this case. (Dkt. No. 1.)

      SO ORDERED.

Dated:   August 3, 2021
           White Plains, New York

                                              KENNETH M. KARAS
                                              United States District Judge